# Third District Court of Appeal

## State of Florida

Opinion filed July 23, 2026.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D25-0849
Lower Tribunal No. F03-5785A

————————————

**Eddie Gaitor,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Carlos Lopez, Ramiro Areces, and Miguel de la O, Judges.

Eddie Gaitor, in proper person.

James Uthmeier, Attorney General, and Lourdes B. Fernandez, and Yolanda Marva Samerson, Assistant Attorneys General, for appellee.

Before LINDSEY, LOBREE and GOODEN, JJ.

PER CURIAM.

Affirmed.